## 90-MO-213

Kenneth HILTON, Appellant v. SOUTH CAROLINA PUBLIC
RAILWAYS COMMISSION, Respondent.

(411 S.E. (2d) 424)

Supreme Court

*Donald B. Clark*, of *Rosen, Rosen & Hagood*, Charleston,
and *Robert J. Beckham*, of *Beckham, McAiley & Schultz*,
*P.A.*, Jacksonville, Fla., *for appellant.*

*Keating L. Simons, III*, of *Holmes & Thompson*, Charleston, *for respondent.*

Heard Feb. 21, 1990.

Decided July 20, 1990.

*Per Curiam:*

Affirmed pursuant to Supreme Court Rule 23 and under the
authority of *Freeman v. South Carolina Public Railways
Commission*, 302 S.C. 51, 393 S.E. (2d) 383 (1990) (a suit
under the Federal Employers' Liability Act (FELA) may not
be maintained against this state in state courts).